**Appeal Dismissed and Memorandum Opinion filed September 17, 2020**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00151-CV

### BRITNI VASQUEZ AND NOEL ANDERSON, Appellants

### V.

### SANDRA  J. OBALLE, Appellee

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 104437-CV**

### MEMORANDUM  OPINION

This appeal is from a judgment signed January 31, 2020. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On July 31, 2020, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellants were ordered to provide this court with proof of payment for the record on or before August 24, 2020. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellants have not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Christopher, Jewell, and Zimmerer.